NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MOTIVA, LLC,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

NINTENDO CO., LTD. AND NINTENDO OF
AMERICA INC.,
*Intervenors.*

---

2012-1252

---

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-743.

---

ON MOTION

---

ORDER

Upon consideration of Nintendo Co., Ltd. and Nintendo
of America Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

APR 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher D. Banys, Esq.
    Clark S. Cheney, Esq.
    Mark S. Davies, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK